IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ERICA NICOLE FOMBY,**

    **Plaintiff,**

**v.**                                                      **Case No. 1:25-cv-265-AW-ZCB**

**SOCIAL SECURITY ADMINISTRATION,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has sued the Social Security Administration. After screening the pro se complaint, the magistrate judge recommends dismissal based on failure to state a claim and because Plaintiff seeks damages from a party immune from suit (a federal agency). ECF No. 11. Plaintiff has filed objections (ECF No. 12), and I have considered de novo the issues she raised.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed under 28 U.S.C. § 1915(e)(2)(B) for seeking monetary damages from a party that is immune and for failure to state a claim upon which relief may be granted." The clerk will then close the file.

SO ORDERED on December 15, 2025.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge